**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Eugene WHITE, a/k/a Gene, a/k/a Stacks, Defendant–Appellant.**

No. 08–7575.

United States Court of Appeals, Fourth Circuit.

Submitted: Dec. 11, 2008.

Decided: Dec. 18, 2008.

Eugene White, Appellant Pro Se. Ronald Mitchell Huber, Assistant United States Attorney, Charlottesville, Virginia, Donald Ray Wolthuis, Assistant United States Attorney, Roanoke, Virginia, for Appellee.

Before NIEMEYER, DUNCAN, and AGEE, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Eugene White appeals the district court's order denying his motion for reconsideration of its order denying a reduction of his sentence under 18 U.S.C. § 3582(c)(2) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See United States v. White,* No. 5:04–cr–30019–sgw–7 (W.D.Va. July 24, 2008; Mar. 14, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*